UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERLINDA GIL,<br>        Plaintiff,<br>   v.<br>WELLS FARGO BANK, N.A.,<br>        Defendant. | Case No.  5:15-cv-01793-EJD<br><br>**PRETRIAL ORDER (BENCH)** |

The above-entitled action is scheduled for a Trial Setting Conference on May 19, 2016. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the parties' request to hold in abeyance the decision on the motion to dismiss pending further settlement discussions is GRANTED. The parties shall file a brief joint notice informing the court of the progress of settlement discussions on or before **June 3, 2016.**

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Fact Discovery Cutoff | September 16, 2016 |
| Designation of Opening Experts with Reports | September 30, 2016 |
| Designation of Rebuttal Experts with Reports | October 21, 2016 |
| Expert Discovery Cutoff | November 16, 2016 |
| Hearing on Anticipated Dispositive Motions | 9:00 a.m. on January 26, 2017 |
| Final Pretrial Conference | 11:00 a.m. on April 6, 2017 |
| Joint Final Pretrial Conference Statement and Motions *in Limine* | March 23, 2017 |
| Proposed Findings of Fact and Conclusions of Law | March 27, 2017 |

Case No.: 5:15-cv-01793-EJD
PRETRIAL ORDER (BENCH)

| Bench Trial | April 11-12, 2017; April 14, 2017 |
|---|---|

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[1] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated: May 16, 2016



EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."